**Order entered December 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01197-CR

## WILLIE DAVIS SPENCER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F90-35572-H

## ORDER

Appellant filed his notice of appeal regarding the trial court's findings following his article 64.04 request for DNA testing. On November 21, 2018, court reporter Crystal Jones informed the Court that there was no hearing held on appellant's motion and no reporter's record was taken. She did note that, according to appellant's appointed counsel, the original record from appellant's 1991 appeal was necessary for the disposition of this appeal.

We **DIRECT** the Clerk of the Court to file a copy of the reporter's record in cause numbers 05-91-01299-CR and 05-91-01300-CR, styled *Willie Davis Spencer v. The State of Texas* into cause number 05-18-01197-CR.

Appellant's brief is **DUE** thirty days from the date of this order.

/s/     CRAIG STODDART
        JUSTICE